FILED
SEP 2 2 2005
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 05-50046-RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | CONTINUANCE |
| WALTER DIGMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion for continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial insofar as defense counsel has made known to the court that extensive investigation and interviewing of witnesses remains to be done. Based on the foregoing, it is therefore

ORDERED that defendant's motion is granted. The following deadlines shall apply:

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | November 8, 2005 |
| Other motions | November 15, 2005 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | November 15, 2005 |
| Plea agreement or petition to plead and statement of factual basis | November 15, 2005 |
| Notify court of status of case | November 15, 2005 |
| Motions in limine | November 22, 2005 |
| Proposed jury instructions due | November 22, 200 |
| Jury trial | Tuesday, November 29, 2005, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(8)(A).

All other provisions of the Court's standing order remain in effect unless specifically changed herein.

Dated September 21, 2005.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE